IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex. rel.* IAN DIXON, KARL QUIST, <br> and SARA STOVALL <br><br> Plaintiffs, <br><br> v. <br><br> OPTIMA HEALTH PLAN, <br> SENTARA HEALTHCARE <br> and MILLIMAN, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:20-cv-00062 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THE GOVERNMENT'S NOTICE OF WITHDRAWAL
OF PARTIAL INTERVENTION AND NOTICE OF ELECTION TO DECLINE**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision to withdraw its prior notice of partial intervention, dated December 20, 2024 (ECF No. 38), and to decline to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

-2-

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the government's counsel.  The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.  The United States also requests that it be served with all notices of appeal.

A proposed order accompanies this notice.

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General

        ZACHARY T. LEE
        Acting United States Attorney

        <u>/s/ Laura Day Taylor</u>

        Laura D. Taylor (VSB #94021)
        G. Riley Worrell (VSB # 98464)
        Assistant United States Attorneys
        P.O. Box 1709
        Roanoke, VA 24008-1709
        Telephone: (540) 857-2250
        Facsimile: (540) 857-2283
        E-mail: riley.worrell@usdoj.gov
        E-mail: laura.taylor@usdoj.gov

        Jamie Ann Yavelberg
        David B. Wiseman
        Michael A. Hoffman
        Caroline Hammer
        Attorneys, Civil Division
        U.S. Department of Justice
        P.O. Box 261, Ben Franklin Station
        Washington, DC 20044