CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
December 01, 2025
Laura A. Austin, Clerk
BY: /s/ K. Lokey
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* IAN DIXON, KARL QUIST, and SARA STOVALL, <br><br> Plaintiffs, <br><br> v. <br><br> SENTARA HEALTH PLANS f/k/a OPTIMA HEALTH PLAN, SENTARA HEALTH f/k/a SENTARA HEALTHCARE, and MILLIMAN, INC., <br><br> Defendants. | Civil Action No. 3:20-cv-00062-EKD |

**STIPULATION ORDER EXTENDING TIME TO
ANSWER AMENDED COMPLAINT**

WHEREAS, Relators Ian Dixon, Karl Quist, and Sara Stovall (collectively, "Relators") and Defendants Optima Health Plan, Sentara Healthcare (with Optima, "Sentara") and Milliman, Inc. ("Milliman") (collectively with Sentara, "Defendants") (Defendants together with Relators, "the Parties") stipulate, via counsel, to extend Defendants' time to answer or otherwise respond to Relators' Amended Complaint (ECF No. 108) filed on September 23, 2025 as follows;

WHEREAS, Relators served their summons and Amended Complaint on Milliman and Milliman executed a waiver of service on September 30, 2025 (ECF No. 119);

WHEREAS, Relators served their summons and Amended Complaint on Sentara and Sentara executed a waiver of service on September 30, 2025 (ECF Nos. 121–22);

WHEREAS, Defendants are required to serve their answer or otherwise respond to the Amended Complaint by December 1, 2025 (ECF Nos. 119, 121–22);

WHEREAS, Defendants have requested, and Relators have agreed to an 18-day extension to December 19, 2025 for Defendants to file a motion under Rule 12 to the Amended Complaint;

WHEREAS, good cause exists to extend the deadline because (1) the proposed extension gives counsel for Defendants sufficient time to draft their Rule 12 motion; and (2) there is no current case schedule in this matter.

WHEREAS, this is Defendants' first request to extend time to respond to the Amended Complaint; and

WHEREAS, Relators consent to the extension.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that Defendants may have an additional 18 days to answer or otherwise respond to Relators' Amended Complaint by December 19, 2025.

Dated: December 1, 2025

Respectfully Submitted,

*/s/ Michael Shaheen*
Preston L. Pugh (*pro hac vice*)
Michael Shaheen, VA Bar No. 79044
Donna Reuter (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
ppugh@crowell.com
mShaheen@crowell.com
dreuter@crowell.com

Robert J. Higdon, Jr. (*pro hac vice*)
J.D. Koesters (*pro hac vice*)
Baker Donelson
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Telephone: (984) 844-7935
bhigdon@bakerdonelson.com
jdkoesters@bakerdonelson.com

*Counsel for Sentara Health Plans f/k/a Optima Health Plan, Sentara Health f/k/a Sentara Healthcare*

**DENTONS US LLP**

/s/ *Sean C. Cenawood*
Sean C. Cenawood (*pro hac vice*)
Sean.cenawood@dentons.com
Reid L. Ashinoff (*pro hac vice*)
Reid.ashinoff@dentons.com
Stephen Della Fera (*pro hac vice*)
Stephen.dellafera@dentons.com

**PENN, STUART & ESKRIDGE**

Daniel J. Murphy
Virgina Bar No. 98478
Penn, Stuart & Eskridge
208 E. Main Street
Abingdon, Virginia 24210
276-628-5151
dmurphy@pennstuart.com

*Counsel for Milliman, Inc.*

**REESE MARKETOS LLP**

By: /s/ *Adam Sanderson*
Pete Maketos (*pro hac vice*)
  pete.marketos@rm-firm.com
Joshua M. Russ (*pro hac vice*)
  josh.russ@rm-firm.com
Adam Sanderson (*pro hac vice*)
  adam.sanderson@rm-firm.com
Brett S. Rosenthall (*pro hac vice*)
  brett.rosenthal@rm-firm.com
Andrew O. Wirmani (*pro hac vice*)
  andrew.wirmani@rm-firm.com
Allison N. Cook (*pro hac vice*)
  allison.cook@rm-firm.com

750 Saint Paul St., Suite 600
Dallas, Texas 75201
Telephone: (214) 382-9810

3

**GUTTMAN BUSCHNER PLLC**

Rick Mountcastle
Virginia Bar No. 19768
mountcastle@gbblegal.com

1509 22nd Street, NW
Washington, D.C. 20037
Telephone: (202) 800-3001

**BERGER MONTAGUE PC**

Sherrie R. Savett (*pro hac vice*)
  ssavett@bergermontague.com
Joy P. Clairmont (*pro hac vice*)
  jclairmont@bergermontague.com
William H. Ellerbe (*pro hac vice*)
  wellerbe@bergermontague.com

1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (214) 382-9810

**BIENSTOCK PLLC**

Martin Bienstock (*pro hac vice*)
mbienstock@bienstockpllc.com

1629 K. St. NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 908-6601

*Counsel for Relators*

**IT IS SO ORDERED.**

Entered: December 1, 2025.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
Chief United States District Judge