IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* IAN DIXON, KARL QUIST, and SARA STOVALL, | ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) Civil Action No. 3:20-cv-00062-EKD ) ) |
| SENTARA HEALTH PLANS f/k/a OPTIMA HEALTH PLAN, SENTARA HEALTH f/k/a SENTARA HEALTHCARE, and MILLIMAN, INC., | ) ) ) ) ) |
| *Defendants*. | ) |

**MILLIMAN INC.'S NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Stephen Della Fera, the exhibits attached thereto, and the accompanying memorandum of law, and upon all the prior pleadings and proceedings had herein, Defendant Milliman, Inc. respectfully moves for entry of an order under Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, dismissing Relators' First Amended Complaint with prejudice, and granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated December 19, 2025 | Respectfully Submitted, |

**DENTONS US LLP**

*/s/ Sean Cenawood*
Sean C. Cenawood (*pro hac vice*)
Reid L. Ashinoff (*pro hac vice*)
Stephen Della Fera (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Email: sean.cenawood@dentons.com
　　　  reid.ashinoff@dentons.com
　　　  stephen.dellafera@dentons.com

Catharine Luo (*pro hac vice*)
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Email: catharine.luo@dentons.com

Danika Rothwell (*pro hac vice*)
1999 Harrison Street, Suite 1210
Oakland, CA 94612
Telephone: (415) 882-5000
Email: danika.rothwell@dentons.com

Jacob Margolies (*pro hac vice*)
4520 Main Street, Suite 1100
Kansas City, MO 64111
Telephone: (816) 460-2400
Email: jacob.margolies@dentons.com

**PENN, STUART & ESKRIDGE**

Daniel J. Murphy
Virgina Bar No. 98478
208 E. Main Street
Abingdon, Virginia 24210
Telephone: (276) 628-5151
Email: dmurphy@pennstuart.com

*Counsel for Milliman, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December 2025, I caused the foregoing document to be filed using the Court's NextGen CM/ECF system, which caused service on all counsel of record.

**DENTONS US LLP**

*/s/ Stephen Della Fera*
Stephen Della Fera (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Email: stephen.dellafera@dentons.com

*Counsel for Milliman, Inc.*