IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERKS OFFICE
US DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

4/17/2026

LAURA A. AUSTIN, CLERK
BY: **s/J. Lopez**
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* IAN DIXON, KARL QUIST, and SARA STOVALL, | ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 3:20-cv-00062 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| SENTARA HEALTH PLANS f/k/a OPTIMA HEALTH PLAN, SENTARA HEALTH f/k/a SENTARA HEALTHCARE, and MILLIMAN, INC., | ) ) ) ) ) | Chief United States District Judge |
| | ) | |
| Defendants. | ) | |

## ORDER

At the conclusion of the March 23, 2026 hearing, the court took under advisement the Relators' oral requests for issuance of a scheduling order and to allow discovery to begin, which were opposed by defendants. Having considered the arguments of the parties on the issue and the overall status of the case, the court will not issue a scheduling order or allow discovery at this time. Instead, the court hereby STAYS discovery pending its ruling on the motions to dismiss and motions to strike. The court intends to issue a ruling on those motions in the near future. If necessary, the court will lift the stay on discovery and issue a scheduling order following its ruling.

Entered: April 17, 2026.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
Chief United States District Judge