IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERKS OFFICE US DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

July 31, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ Nik Sams
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* IAN DIXON, KARL QUIST, and SARA STOVALL, <br><br> Plaintiffs, <br><br> v. <br><br> SENTARA HEALTH PLANS f/k/a OPTIMA HEALTH PLAN, SENTARA HEALTH f/k/a SENTARA HEALTHCARE, and MILLIMAN, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:20-cv-00062 <br><br> By: Elizabeth K. Dillon <br> Chief United States District Judge |

**FINAL ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED as follows:

1. Defendants' motions to dismiss (Dkt. Nos. 134, 136) are GRANTED, and the claims in the complaint are DISMISSED WITH PREJUDICE;

2. Relators' motions to strike (Dkt. Nos. 149, 150) are DENIED AS MOOT; and

3. This case is DISMISSED in its entirety. The Clerk shall STRIKE this case from the active docket of the court.

The Clerk is DIRECTED to provide a copy of this order and of the accompanying memorandum opinion to all counsel of record via CM/ECF.

Entered: July 31, 2026.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
Chief United States District Judge